UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

JANE STONE #1,
JANE STONE #2,
JANE STONE #3,
JANE STONE #4,
JANE STONE #5,

                Plaintiffs,

- against -

ANTHONY J. ANNUCCI, Acting Commissioner of the New York State Department of Corrections and Community Supervision;
JASON EFFMAN, Associate Commissioner and PREA Coordinator of the New York State Department of Corrections and Community Supervision;
SABINA KAPLAN, Superintendent of Bedford Hills Correctional Facility;
BRIAN KUBIK, Superintendent of Lakeview Shock Incarceration Correctional Facility;
TANYA MITCHELL-VOYD, Superintendent of Taconic Correctional Facility;
SUSAN SQUIRES, Superintendent of Albion Correctional Facility;
JAMES W. CASTONGUAY, Correction Officer at Albion Correctional Facility;
DAVID STUPNICK, Correction Officer at Albion Correctional Facility;
NARESH DEOSARRAN, Correction Officer at Bedford Hills Correctional Facility;
FNU GUZMAN, Correction Officer at Bedford Hills Correctional Facility;
FNU PAIGE, Correction Officer at Bedford Hills Correctional Facility;
RASHEEN SMALLS, Correction Officer at Bedford Hills Correctional Facility;

20-civ-_____

**20 CV 1326**

ORDER

| |
|---|
| **MATTHEW ANTOLINI**, Correctional Officer at Lakeview Shock Incarceration Correctional Facility; <br> **JAMES BEAM**, Correction Officer at Lakeview Shock Incarceration Correctional Facility; <br> **ALEXANDER VASQUEZ**, Correction Officer at Lakeview Shock Incarceration Correctional Facility; <br> **NANCY LOPEZ**, Correction Officer at Taconic Correctional Facility; <br> **KEFFION LOVELACE**, Correction Officer at Taconic Correctional Facility; <br> **PEDRO NORDE**, Correction Officer at Taconic Correctional Facility; <br> **INVESTIGATOR #1**, Investigator at New York State Department of Corrections and Community Supervision; and <br> **INVESTIGATOR #2**, Investigator at New York State Department of Corrections and Community Supervision; <br><br>                           Defendants. |

## ORDER ON PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY

WHEREAS, on February 14, 2020, Plaintiffs in the above-captioned case moved for permission to proceed anonymously by means of the pseudonym "JANE STONE."

WHEREAS, Plaintiffs have demonstrated a compelling interest in proceeding anonymously;

WHEREAS, permitting Plaintiffs to proceed anonymously will not prejudice Defendants;

WHEREAS, the public interest weighs in favor of granting Plaintiffs' motion;

IT IS HEREBY

ORDERED, that Plaintiffs' motion to proceed anonymously by means of the pseudonym reflected in the caption of this Order is GRANTED; *subject to modification by the assigned Judge,*

ORDERED, that all public filings will proceed anonymously by means of the pseudonym reflected in this Order, and that all other filings will be redacted to the extent they reveal the identities of Plaintiffs and unredacted copies will be filed under seal.

ORDERED, that Defendants and their legal counsel are prohibited from publicly disclosing the names of the Plaintiffs described in the Complaint unless and until the assigned District Court Judge makes a contrary ruling on confidentiality. This Order does not prohibit Defendants from consulting their legal counsel concerning the allegations of the Complaint or the identity of the Plaintiffs.

Dated:   New York, NY
         February 14, 2020

SO ORDERED:

_____
U.S.D.J. Hon. Denise L. Cote