```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE STONE #1 *et al.*,

             Plaintiffs,

         v.

ANTHONY J. ANNUCCI, *Acting Commissioner of the New York State Department of Corrections and Community Supervision*,

             Defendants.

20-CV-1326 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      In light of the COVID-19 crisis, the Court will not hold the upcoming initial status conference in this case in person. Counsel should still submit their joint letter and proposed case management plan by July 17, 2020, as directed in the Court's April 27, 2020 Order. Dkt. 17. If the parties are unable to submit their joint letter and proposed case management plan by July 17, they shall request an extension to do so. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:   July 15, 2020
           New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge